CASE # 23-10740

**F I L E D**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF ILLINOIS**

**8/25/2023**

**JEFFREY P. ALLSTEADT, CLERK**

Certificate Number: 00134-ILN-CC-037704233



00134-ILN-CC-037704233

# CERTIFICATE OF COUNSELING

I CERTIFY that on August 23, 2023, at 6:48 o'clock PM CDT, Elsie R. Melvin received from Cricket Debt Counseling, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Northern District of Illinois, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: August 23, 2023           By:   /s/Ann Omiti

                                Name: Ann Omiti

                                Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. 109(h) and 521(b).