UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 23-10740
ELSIE R MELVIN )
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
)
Debtor(s) )

**ORDER DETERMINING THAT DEBTOR IS NOT ENTITLED TO DISCHARGE**

This matter coming before the court on Trustee's Motion to Object to Discharge;

IT IS ORDERED, that the motion is granted and pursuant to 11 U.S.C. § 1328 (f), the following debtor or debtors are not entitled to a discharge in this case:

ELSIE R MELVIN

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 18, 2023

**Prepared by:**

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900