UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 23-10740 |
| Elsie Melvin | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline P Cox |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION FOR RELIEF FROM STAY

This cause coming to be heard on the Motion of Select Portfolio Servicing, Inc. as the servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of CSMC 2018-RPL3 Trust, ("Creditor") for relief from the automatic stay,

IT IS HEREBY ORDERED:

1. The motion is granted. The stay is modified so as not to restrain Creditor from pursuing in rem non-bankruptcy remedies as to the property commonly known as 15215 Wabash Avenue, South Holland, IL 60473.

2. The stay in Rule 4001(a)(3) does not apply to this order.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: October 30, 2023

**Prepared by:**

Anthony J. Kudron
Johnson, Blumberg & Associates, LLC
30 N. LaSalle St., Suite 3650
Chicago, Illinois 60602
Ph. 312-541-9710
Fax 312-541-9711